**Fill in this Information to identify the case:**

Debtor 1: JOHN (First Name)   VICTOR (Middle Name)   YAO (Last Name)

Debtor 2 (Spouse, if filing): _____ _____ _____

United States Bankruptcy Court for the: Eastern District of Virginia
Case number: 23-10682-BFK

FILED MAILROOM
2024 OCT 31 PM 1:17
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

Form 1340 edva (10/22)
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 195,808.52 |
| Claimant's Name: | John T. Hammarlund, Executor |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 24211 - 27th PL W.<br>Brier, WA 98036<br>LJHammarlund@gmail.com<br>(h) 425.487.6334<br>(c) 206.305.3308 |
| Brief History of Creditor/Claimant from the filing of the proof of claim to the present. (Attach additional sheets if necessary). | This claim is made by the Estate of John V. Yao. I qualified as Executor on August 1, 2024 (see enclosed Certificate/Letter of Qualification) and am subsequently making this claim to collect the funds of the estate. |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (check the statements that apply):

- ☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the Court. (Non-natural persons must be represented by an attorney admitted to the Bar of the Court.)
- ☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, acquisition, succession or by other means. (Non-natural persons must be represented by an attorney admitted to the Bar of the Court.)
- ☐ Applicant is Claimant's attorney.
- ☒ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- ☒ Applicant has read Eastern District of Virginia Local Bankruptcy Rule 3011-1 and the Court's instructions for filing an Application for Payment of Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 10/26/2024<br><br>*[signed] John J. Hammarlund*<br>Signature of Applicant<br><br>John T. Hammarlund, Executor<br>Printed Name of Applicant<br><br>Address: 24211 - 27th Pl W<br>Brier, WA 98036<br><br>Telephone: 206.305.3308<br><br>Email: LJHammarlund@gmail.com | **6. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address: _____<br><br>Telephone: _____<br><br>Email: _____ |
| **5. Notarization**<br>STATE OF Washington<br>COUNTY/CITY OF Snohomish<br><br>This Application for Payment of Unclaimed Funds, dated 10/26/2024 was subscribed and sworn to before me this 26th day of October, 2024 by John T. Hammarlund who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)    Notary Public *[signed]*<br><br>My commission expires: 02/15/2026<br><br>RYAN D CARPENTER<br>Notary Public<br>State of Washington<br>Commission # 22013211<br>My Comm. Expires Feb 15, 2026 | **7. Notarization**<br>STATE OF _____<br>COUNTY/CITY OF _____<br><br>This Application for Payment of Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)    Notary Public _____<br><br>My commission expires: _____ |

**8. Notice of Application**

[X] **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Under Local Bankruptcy Rules 3011-1 (G) and 9013-1, unless a written response to this application and supporting memorandum are filed with the Clerk of Court and served on the moving party within 21 days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the application as conceded, and issue an order granting the requested relief without further notice or hearing. If you mail your response and supporting memorandum to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. The address for the Court is:

[✓] Alexandria Division
United States Bankruptcy Court
Eastern District of Virginia
200 S. Washington St.
Alexandria, VA 22314-5405

Newport News/Norfolk Divisions
U.S. Bankruptcy Court
Eastern District of Virginia
600 Granby Street, Room 400
Norfolk, VA 23510-1915

Richmond Division
United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888

You must also mail a copy to the Applicant, the Office of the United States Attorney and the Office of the United States Trustee.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

**9. Certificate of Mailing to United States Attorney and United States Trustee**

[X] On __October 26__, 20__24__, Applicant has mailed copies of this application, notice of application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042 and Local Bankruptcy Rule 3011-1 and to the Office of the United States Trustee pursuant to Local Bankruptcy Rule 3011-1, at the following addresses:

Office of the United States Attorney
__Alexandria Division__
__United States Attorney's Office__
__Justin W. Williams United States Attorney's Building__
__2100 Jamieson Ave__
__Alexandria, VA 22314__

Office of the United States Trustee
__Alexandria Division__
__Office of the United States Trustee__
__1725 Duke Street, Suite 650__
__Alexandria, VA 22314__

_/s/ John J. Hammarlund_
Signature of Applicant

__John T. Hammarlund, Executor__
Printed Name of Applicant

Form 1340 edva        Application for Payment of Unclaimed Funds                              Page 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
_Alexandria_ Division

In re: Estate of John V. Yao

Debtor(s) John V. Yao

Case No. 23-10682-BFK
Chapter 13

Plaintiff(s)

v.

Defendant(s)

Adversary Proceeding No.

## CERTIFICATION UNDER LOCAL BANKRUPTCY RULE 2090-1

Document Title:
Date Document Filed:
Docket Entry No.

I declare under penalty of perjury that (Check one box):

☒ No attorney has prepared or assisted in the preparation of this document.
☐ The following attorney prepared or assisted in the preparation of this document.

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)

John T. Hammarlund, Executor
Name of Pro Se Party (Print or Type)        Name of Pro Se Party (Print or Type)

_/s/ John T. Hammarlund_
Signature of Pro Se Party        Signature of Pro Se Party

Executed on: October 26, 2024 (Date)

[2090edva ver. 09/17]





**CERTIFICATE/LETTER OF QUALIFICATION**   Court File No. **W-19858 / CM24— 1**
COMMONWEALTH OF VIRGINIA
VA. CODE §§ 6.2-893, 6.2-1171, 6.2-1365, 6.2-1367, 64.2-2011, 64.2-506, 64.2-607

**Prince William County** Circuit Court

I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on **August 1, 2024**
                                                                                         DATE

**John T Hammarlund**        ,
NAME(S) OF PERSON(S) QUALIFYING

duly qualified in this court, under applicable provisions of law, as **Executor** of the estate of

**John Yao a/k/a John Victor Yao**
☒ DECEASED   ☐ MINOR   ☐ INCAPACITATED

The powers of the fiduciary(ies) named above continue in full force and effect.

**$223,000.00** bond has been posted.

Given under my hand and the seal of this Court on

August 1, 2024
DATE

                                                            **Jacqueline C. Smith, Esq.**, Clerk

                                                            by _____, Deputy

FORM CC-1625 MASTER 10/12