UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re  John Victor Yao                                                       Case No.  23-10682-BFK

                    Debtor(s)                                                Chapter  13

ORDER FOR RETURN OF UNCLAIMED
FUNDS

An Application for Payment of Unclaimed Funds having been filed pursuant to Local Bankruptcy Rule 3011-1, said application having been served on the United States Trustee and the United States Attorney for the Eastern District of Virginia and there being no objections filed; it is

**ORDERED** that the unclaimed funds in the amount of $ 195,808.52                              , currently on deposit with the Treasury of the United States, be returned to:

> Estate of John V. Yao
> c/o John T. Hammarlund, Executor
> 24211-27th PL W.
> Brier, WA 98036

**IT IS FURTHER ORDERED** that such funds shall be disbursed only after 14 days has expired from the date of entry of this Order.

Let the Clerk give notice of entry of this order to the debtor(s), attorney for debtor(s), movant, attorney for movant, if applicable, trustee and United States Trustee.

Date:  Dec 23 2024                                    /s/ Brian F Kenney
                                                      United States Bankruptcy Judge

                                                      NOTICE OF JUDGMENT OR ORDER
                                                      ENTERED ON DOCKET:
                                                       Dec 23 2024

pc: Financial Administrator

[ounclmfd ver. 10/22]